JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| GEORGE KANTANTO and INDRIANI KANTANTO,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC<br><br>Defendant. | Case No. SACV 15-2027 AG (DFMx)<br><br>**JUDGMENT** |

The Court enters Judgment in favor of Defendant and against Plaintiffs.

Dated January 25, 2016

_____
Hon. Andrew J. Guilford
United States District Judge

JUDGMENT